```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  2/11/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ARTURO ESTEVEZ,** *Individually and on Behalf of All Others Similarly Situated*,

       **Plaintiff,**

  -against-

**EDEN BRANDS, INC.,**

       **Defendant.**

21-cv-8891(ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: February 11, 2022
    New York, New York

            _____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**